IN THE SUPERIOR COURT OF Washington County
STATE OF GEORGIA Macon

RECEIVED
CLERK'S OFFICE
2014 JAN 13 AM 8:40
U.S. ...
MIDDLE ... GEORGIA
MACON, GEORGIA

Donavon Maurice Owes, Plaintiff
1188575, Inmate Number

Civil Action No. **5:14-CV-016**

vs.

Georgia Department of Corrections, Washington State Prison, Defendant(s)

Nature of Action: cruel and unusual punishments, Violation of Georgia's DOC Standard Operating Procedures

**INMATE PRO SE FORM FOR CIVIL ACTION**

## PART I: BACKGROUND INFORMATION ON YOUR CONVICTION

1. Name and location of prison in which you are now confined: Washington State Prison Davisboro, Georgia 31018

2. Sentence you are now serving: 8 years Theft-By-Taking

    Name and location of court which imposed sentence: Superior Court of Appling County Baxley Georgia 31513

    Approximate date your sentence will be completed: August 28th 2015

3. The indictment number or numbers (if known) upon which, and the offense or offenses for which sentence was imposed:

    a. _____
    b. _____
    c. _____

4. Give the approximate date upon which sentence was imposed and the terms of the sentence:

    a. August 28th 2007 to serve 8 years of imprisonment
    b. _____

c. _____

5. Check whether a finding of guilty was made after a plea of:

   ☑ Guilty
   ☐ Guilty but mentally ill
   ☐ Nolo contendere
   ☐ Not guilty

6. If you were found guilty after a plea of not guilty, check whether the finding was made by:

   ☐ Jury
   ☑ Judge only

7. Did you appeal from the judgment of conviction or the imposition of sentence?

   ☐ Yes        ☑ No

8. If you did appeal, answer the following:

   a. The name of each court to which you appealed:
      1. _____
      2. _____
      3. _____

   b. The result in each such court to which you appealed:
      1. _____
      2. _____
      3. _____

   c. The approximate date of each such result:
      1. _____
      2. _____
      3. _____

   d. If known, citations of any written opinion orders entered pursuant to such results:
      1. _____
      2. _____
      3. _____

## PART II: OTHER LAWSUITS

9. OTHER THAN LAWSUITS ALREADY LISTED in questions 3 through 8, have you ever begun or are you now beginning other lawsuits in federal or state courts dealing with the same facts involved in this action or relating to your imprisonment?

   ☐ Yes        ☐ No

10. If your answer to number 9 is "Yes," describe the lawsuit in the space below. (If there is more than one lawsuit, describe the additional lawsuits on another piece of paper, using the same outline for each lawsuit.)

    a. Parties to the previous lawsuit:

        Plaintiffs: _____

        Defendants: _____

    b. Court (If federal court, name the district. If state court, name the court and county) : _____

    c. Docket Number: _____

    d. Name of judge to whom case was assigned: _____

    e. Date on which you filed lawsuit: _____

    f. Date of disposition, if any, of lawsuit: _____

    g. What was the lawsuit about? _____

    h. What was the outcome of the lawsuit? (For example, was the case dismissed? Was it appealed? Is it still pending? _____

    i. Citations, if known, to any written opinions or orders in the lawsuit: _____

## PART III: GRIEVANCE PROCEDURES

11. Is there a prisoner grievance procedure at the institution in which you are presently confined?
    ☑ Yes      ☐ No

12. If your answer to number 11 is "Yes," please answer the following:

    a. Did you present the facts relating to your complaint in the institution's prisoner grievance procedures?   ☑ Yes    ☐ No

    b. If your answer to (a) above is "Yes,"
        What steps did you take? *I filed a formal grievance*

        What was the result? *haven't heard anything yet*

    c. If your answer to (a) above is "No," explain why not: _____

13. Tell what you have done, other than what you have described in question 12, to bring your complaints to the attention of prison officials. In doing so, give dates, places, and names of persons talked to.

On December 17, 2013 I told Cert officer (R. Conner) my issue with the gang members I also told the Captain (Lela Grair) I also wrote the Deputy Warden of Care and Treatment (Glenn Flemming) I also showed Lt. (John Askew) the letter I recieved from inmate (Corey Facklen)

14. Names and approximate dates of entry and exit, and locations of all prisons and jails in which you have been incarcerated:

15. As to your present confinement, please state:

    a. Which part of the penitentiary or jail are you held in: Administrative Segregation

    b. How long have you been in this part of the penitentiary or jail? December 23rd 2013

    c. Please list the full name of every prisoner now confined in the same general area:
    ~~Jese~~ Joushua Matthews.

## PART IV: STATEMENT OF CLAIMS

16. List the name and address of each plaintiff in this lawsuit: Donaven Maurice Owens Washington State Prison 13262 Hwy #24 East P.O. Box 206 Davisboro, Georgia 31018

17. List below for each defendant, the defendant's full name, official position, and place of employment. Attach additional paper if necessary.

**Full Name** — **Official Position** — **Place of Employment**

Robert Conner - Cert CO II - Washington State Prison
Lela Grair - Captain - Washington State Prison
Glenn Flemming - Deputy Warden - Washington State Prison

## STATEMENT OF CLAIM

18. Describe each and every FACT—no opinions or views, only the actual events—supporting and explaining the basis for the lawsuit you have filed. DESCRIBE HOW EACH DEFENDANT IS INVOLVED. Include also the names of other persons involved, dates and places. If you intend to allege a number of related claims, you should number and set forth each claim separately. DO NOT GIVE ANY LEGAL ARGUMENT OR CITE ANY CASES OR STATUTES. (You may attach additional sheets of paper if necessary.)

On the 14th of Dec. I recieved a note from inmate Corey Fadden also located at Washington State Prison the note stated that the Gangsta Disiples that they have placed a hit on my head for me to remain in lock-down. That the hit is for me dealing with homosexuals and and not get on a active count for the prison. It Asked stated he was going to pass the letter to Captain Grair When Captain Grair came to the segregation lock down unit I told her what was going on with my safety and well-being. I told the warden of Care and Treatment Mrs. Flemming the same thing when she came around I also wrote her and put it in the mail to her. On the 17th of Dec. I was told to pack up my belongings I was getting released to general population area. I told Officer R. Conner COII cert what my issue of safety officer Conner Stated go to the dorm I was assigned to or recieve a disciplinary work sheet so I recieved on for refusing housing. I was told on 23rd to do the something I did

19. List the name and present address of every person who you believe was a witness to the facts set forth in number 18 and BRIEFLY state what each person knows (from having seen, heard, etc.) concerning what happened.

Inmate - Corey Fadden, Washington State Prison - I deal with homosexuals
CCI - Charles, Washington State Prison - I deal with homosexuals & was in gang
CCI - Burden, Washington State Prison
CCII - Whitfield, Washington State Prison
CCII - Hobbs, Washington State Prison
Lt. Hicks, Washington State Prison
Ofc Hicks COII Washington State Prison
Captain Lela Grair Washington State Prison Flemming lives

20. Please describe any legal argument you wish to make. You may add separate sheets of paper if necessary. It is not necessary that you present legal argument in order to obtain the relief to which you are entitled.

The Eighth Amendment to the United State Constitution imposes duties on prison officials who must ensure that people in prison receive "adequate food, clothing, shelter, and medical care" and must take reasonable measure to guarantee prisoners' safety. The Standard Operating Procedures IIB09-0001 states An inmate/Probationer may request placement in Administrative Segregation for protective custody. By deputy Warden of Care and Treatment, The Captain, Cert Team Officer and the rest of the Washington State Prison staff was witnesses to me letting notify what was going on. They in violation of the Georgia Department Of Corrections Standard Operating Procedures and Policies and my Eighth Amendment.

21. **Briefly** state the specific relief requested against each party. This means to state exactly what you want the court to do for you. **DO NOT MAKE ANY LEGAL ARGUMENTS. DO NOT CITE CASES OR STATUTES.**

My safety is priceless but I would like a settlement of $50,000 for my pain and suffering I also want a settlement for $75,000 for the Violation of my Eight Amendment for my safety. And I also want a settlement of $25,000 from the Georgia Department Of Corrections for the Violation of Georgia Department Of Corrections Standard Operating Procedures and Policies. A transfer to Johnson State Prison for my safety from inmates and administrative staff

I declare (or certify, verify, or state) under penalty of perjury that the foregoing statements made in this Inmate Form for Civil Action are true and correct.

Executed on  2 January  2014
                                  Date

_____
                                 Signature of Plaintiff

Sworn to and subscribed before me this
  2  day of  January, 20 14

_____
Notary Public or Other Person Authorized to Administer Oaths



CLARENCE MOMENT JR.
NOTARY
EXPIRES
GEORGIA
July 4, 2016
PUBLIC
WASHINGTON COUNTY

Statement Of Claim

5:14-CV-016

18. because everyone felt if I was playing trying to get placed back in the dorm with a homosexual I was in a relationship with. I even told Captain when she told me as long as the person was in there I couldn't go back she could move him. She didn't so I went to the dorm assigned because I was not trying to recieve another write up. Officer Charles told officer Hobbs CoII and Officer Whitfield that I can't go to the dorm or I would get jumpped on. When I got to the dorm I placed my stuff down and went to speak with the shift supervisor which was Lt. Hicks she said she couldn't do anything so I went back to my dorm when I was placing my property in my room 9 to 10 gang member came to my room and told me to leave the easy way or get carried out of there. I left and told Lt Hicks to move me and she said the only moving she do is lock-down I asked for a statement to write what happen she would not give me one. I told her I feared for my life and safety because the GD's have a hit on my head. They placed me in Administrative Segregation with a roommate, but I asked for protective custody. On Dec. 31, 2013 my roommate and I got into a fight he stated that I can't run he 606 which is friend of folks also known as GD's.

Part IV: Statement of Claims

17. Full Name    Official Position    Place of Employment
a. John Askew    Lt.    Washington State Prison