IN THE UNITED STATES DISTRICT COURT
FOR THE MIDDLE DISTRICT OF GEORGIA
MACON DIVISION

| | | |
|---|---|---|
| DONNAVON MAURICE OWENS, | : | |
| Plaintiff | : | |
| VS. | : | |
| Captain LELA GRAIR, *et al.*, | : | NO. 5:14-CV-16 (MTT) |
| Defendants | : | |

# O R D E R

Plaintiff **DONNAVON MAURICE OWENS**, an inmate at the Coffee Correctional Facility, filed a *pro se* civil rights complaint under 42 U.S.C. § 1983.  This Court has twice directed Plaintiff to submit (1) a certified copy of his trust fund account statement, and (2) a supplement to his complaint (Docs. 5 & 6).  The Court informed Plaintiff each time that his failure to do so would result in dismissal of this action.  As of today's date, Plaintiff has provided the Court with neither the statement nor the supplement.  Accordingly, the instant action is hereby **DISMISSED WITHOUT PREJUDICE**.

**SO ORDERED**, this 25th day of March, 2014.

S/ Marc T. Treadwell
MARC T. TREADWELL, JUDGE
UNITED STATES DISTRICT COURT

cr